COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:        Buffy M. Lawrence v. The Reyna Realty Group

Appellate Case number:      01-13-00819-CV

Date motion filed:         December 5, 2013

Type of Motion:          Objection to Mediation

Party filing motion:        Appellee

Trial court case number:     1003154

Trial court:               Harris County Civil Court at Law #2

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated November 25, 2013.

Judge's signature: /s/ Jane Bland
                 X Acting individually

Date: December 6, 2013

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).